# United States District Court

Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

FILED
...S OFFICE

2005 MAY 12 A 10: 49

U.S. DISTRICT COURT
DISTRICT OF MASS

Date:    5/10/5

Our Civil Case Number: 1:04-cv-8719 & 1:04-cv-8720

Dear Sir/Madam,

Enclosed is a certified copy of the civil docket sheet  for the above referenced case that is being transferred to your district.  The case file can be accessed through the our CM/ECF System for the Southern District of New York.  Please contact our Docket Support Unit at (212) 805-5346 and we will furnish you with a CM/ECF Login and Password that will give you access to our Live CM/ECF database.

The enclosed copy of this letter is for your convenience in acknowledging receipt of these documents.

Yours truly,
J. Michael McMahon, Clerk of Court

Deputy Clerk

Federal Express: 8481 3047 5550

---

**RECEIPT IS ACKNOWLEDGED OF THE DOCUMENTS DESCRIBED HEREIN AND ASSIGNED CASE NUMBER:**

CASE # _05cv10833_          ON DATE: _5/17/05_

CASE TRANSFERRED OUT FORM

*04-8720*

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 20 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

*Stephen Brodsky v. Pfizer, Inc., et al.*, S.D. New York, C.A. No. 1:04-7960
*Dan Huffman, etc. v. Pfizer, Inc., et al.*, S.D. New York, C.A. No. 1:04-7961
*Patti Paulsen, etc. v. Pfizer, Inc., et al.*, S.D. New York, C.A. No. 1:04-8464
*Rosalia Sumait, et al. v. Pfizer, Inc., et al.*, S.D. New York, C.A. No. 1:04-8719
*Monica Smith, etc. v. Pfizer, Inc., et al.*, S.D. New York, C.A. No. 1:04-8720

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING THE MAY 26, 2005 HEARING SESSION

A conditional transfer order was filed in these five actions on February 8, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the actions filed a notice of opposition to the proposed transfer and the subsequent motion and brief to vacate the conditional transfer order. Plaintiffs have now advised the Panel that they withdraw their initial opposition to the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-3" filed on February 8, 2005, is LIFTED insofar as it relates to these five actions, and thus the actions are transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Patti B. Saris.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 20, 2005, are VACATED insofar as they relate to these five actions.

I hereby certify on _____ that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original file on ___
☒ original filed in my office on ___
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: _____
Deputy Clerk

FOR THE PANEL:

Wm. Terrell Hodges
Chairman

A TRUE COPY
J. MICHAEL McMAHON, CLERK
BY
DEPUTY CLERK

CLOSED, ECF, MEMBER, RELATED

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:04-cv-08720-JSR

Smith v. Pfizer, Inc. et al

Assigned to: Judge Jed S. Rakoff

Related Case: 1:04-cv-06704-JSR

Case in other court: State Court-Supreme,
                 111431-04

Cause: 28:1441 Notice of Removal

Date Filed: 11/04/2004

Jury Demand: Defendant

Nature of Suit: 365 Personal Inj.
Prod. Liability

Jurisdiction: Federal Question

## Plaintiff

**Monica Smith**
*as Administratrix of the Estate of
Kenneth Christopher Smith,
deceased*

represented by **Eleanor Louise Polimeni**
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
845-563-9421
Fax: 845-562-3492
Email:
epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

V.

## Defendant

**Pfizer, Inc.**

represented by **Erik M. Zissu**
Davis Polk & wardwell
450 Lexington Avenue
New York, NY 10017
(212)450-4000

**James E. Murray**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
212 450-4000

**James P. Rouhandeh**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

**Defendant**

**Parke-Davis**
*a division of Warner-lambert
Company and Warner-Lambert
Company, LLC*

represented by **Erik M. Zissu**
(See above for address)

**James E. Murray**
(See above for address)

**James P. Rouhandeh**
(See above for address)

**Defendant**

**Warner-Lambert Company**

represented by **Erik M. Zissu**
(See above for address)

**James E. Murray**
(See above for address)

**James P. Rouhandeh**
(See above for address)

**Defendant**

**Warner-Lambert Company,
L.L.C.**

represented by **Erik M. Zissu**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**James E. Murray**
(See above for address)
*LEAD ATTORNEY
ATTORNEY TO BE NOTICED*

**James P. Rouhandeh**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/04/2004 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 111431-04. (Filing Fee $ 150.00, Receipt Number 525246).Document filed by Parke-Davis, Pfizer, Inc., Warner-Lambert Company, Warner-Lambert Company, L.L.C..(gf, ) (Entered: 11/09/2004) |
| 11/04/2004 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Parke-Davis, Pfizer, Inc., Warner-Lambert Company, Warner-Lambert Company, L.L.C..(gf, ) (Entered: 11/09/2004) |
| 11/04/2004 | | CASE REFERRED TO Judge Jed S. Rakoff as possibly related to 1:04-cv-6704. (gf, ) (Entered: 11/09/2004) |
| 11/04/2004 | | Case Designated ECF. (gf, ) (Entered: 11/09/2004) |
| 11/11/2004 | 3 | NOTICE of Appearance by Eleanor Louise Polimeni on behalf of Monica Smith (Polimeni, Eleanor) (Entered: 11/11/2004) |
| 11/16/2004 | 4 | NOTICE OF CASE ASSIGNMENT to Judge Jed S. Rakoff. Judge Unassigned no longer assigned to the case. (gf, ) (Entered: 11/19/2004) |
| 11/16/2004 | | Magistrate Judge Douglas F. Eaton is so designated. (gf, ) (Entered: 11/19/2004) |
| 11/16/2004 | | CASE ACCEPTED AS RELATED TO 1:04-cv-6704. (gf, ) (Entered: 11/19/2004) |
| 11/19/2004 | | Mailed notice to the attorney(s) of record. (gf, ) (Entered: 11/19/2004) |
| 12/06/2004 | | ORDER the Court, on its own motion, hereby consolidates these cases 04cv6704, 04cv8464, 04cv8719, 04cv8720, 04cv8721, and 04cv8963, with the earlier cases under the common caption of In re Neurontin, 04 civ. 6704 (JSR). Any party objection to the foregoing |

| | | | |
|---|---|---|---|
| | | | consolidation must so notify the Court, in writing, by no later than 12/13/04, in which case the Court will then convene a hearing to evaluate any such objection. Failure to raise any objection by December 13 will be deemed a waiver of any such objection. So Ordered. Original filed in case 04cv6704, doc # 11. (Signed by Judge Jed S. Rakoff on 12/6/04) (jco, ) (Entered: 12/07/2004) |
| 04/05/2005 | | 5 | ANSWER to Complaint with JURY DEMAND. Document filed by Pfizer, Inc., Parke-Davis, Warner-Lambert Company, Warner-Lambert Company, L.L.C..(Zissu, Erik) (Entered: 04/05/2005) |
| 05/02/2005 | | 6 | CERTIFIED TRUE COPY OF MDL ORDER FROM THE MDL PANEL LIFTING STAY OF CONDITIONAL TRANSFER ORDER... that the stay of the Panel conditional transfer order designated as CTO-3, filed on 2/8/5, is LIFTED and the action is transferred to the S.D.N.Y. for the coordinated or consolidated pretrial proceedings under 28 U.S.C. 1407 being conducted by the Honorable Jed S. Rakoff. (Signed by Judge MDL Panel on 4/20/5) (laq, ) (Entered: 05/10/2005) |
| 05/02/2005 | | | MDL TRANSFER OUT: Mailed certified copy of the docket sheet along with a CM/ECF account information (that allows the USDC-DMA to access our account to save documents numbered 1-7), to the United States District Court - District of Massachusetts. Mailed via Federal Express AIRBILL # 8481 3047 5550 on 5/10/5. (laq ) (Entered: 05/05/2005) (Entered: 05/10/2005) |
| 05/10/2005 | | | Mailed letter to the United States District Court - District of Massachusettes acknowledging receipt of their entire file, a certified copy of the transfer order and docket entries. (laq, ) (Entered: 05/10/2005) |
| 05/10/2005 | | | Mailed notice with Rules 2 & 3 and ECF Registration Package to the attorney(s) of record. (laq, ) (Entered: 05/10/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/18/2005 16:01:45 | | | |
| **PACER Login:** | us2510 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-08720-JSR |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |